SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2017 JAN 19 PM 4: 01

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARNELL GORDON, LARRY GORDON, LYLE GORDON, ISAIAH BROWN, CAL MCCOY, BAKARI HUNT, WAKONDA HAZEL, BAJAH PITTMAN, BRENIS VAUGHN, and OMARI MANUEL,<br><br>Defendants. | 4:17CR 3004<br><br>INDICTMENT<br><br>18 U.S.C. §§ 2113, 2312, and 2<br>18 U.S.C. § 371 |

The Grand Jury charges that

## COUNT I - CONSPIRACY

Between, on or about January 1, 2014 through April 30, 2016, in the District of Nebraska and elsewhere, DARNELL GORDON, LARRY GORDON, LYLE GORDON, ISAIAH BROWN, CAL MCCOY, BAKARI HUNT, WAKONDA HAZEL, BAJAH PITTMAN, BRENIS VAUGHN, and OMARI MANUEL defendants herein, did knowingly and willfully conspire and agree together and with each other, with Kentrell Reed, and with other persons known and unknown to the grand jury, to commit bank larceny and attempted bank larceny, by taking and carrying away with the intent to steal and purloin, Automatic Teller Machines (ATM's) and United States currency contained within the ATM's, belonging to banks and credit unions whose deposits were insured by the Federal Deposit Insurance Corporation (FDIC) and National Credit Union Association (NCUA), and to unlawfully transport in interstate commerce stolen vehicles and stolen property of a value greater than $5000, knowing the vehicles and property to be stolen.

## MANNER AND MEANS OF THE CONSPIRACY

It was part of the conspiracy that defendants identified ATM machines located in businesses that appeared vulnerable to be taken from the businesses through glass exterior doors;

It was also part of the conspiracy that defendants stole pick-up trucks or vans, or rented U-Haul trucks and vans, and used the stolen and rented vehicles to transport defendants to businesses where the ATM machines were located, and to assist in the removal of the ATM machines from the businesses by attaching chains, ropes, or straps around the ATM machines and pulling them through broken glass doorways. After the ATM machines had been pulled outside of the businesses, they were placed into the stolen/rented vehicles and transported from the businesses to other locations;

It was also part of the conspiracy that defendants rented vehicles from rental companies to transport them to and from locations where ATM machines were located;

It was also part of the conspiracy that defendants conducted visual surveillance of the areas around businesses with ATM machines, to attempt to detect the possible presence of law enforcement, while other defendants broke and entered into the businesses and removed the ATM machines;

It was also part of the conspiracy that defendants utilized cellular telephones to monitor the location of local law enforcement in relation to the businesses where the ATM machines were located, while the defendants attempted to remove the ATM machines from the businesses;

It was also part of the conspiracy that defendants purchased screwdrivers, hammers, sledgehammers, gloves, chains, ropes, straps, saws, and other tools defendants used to break into businesses that housed ATM machines, and to assist defendants to open cash canisters located within the stolen ATM machines;

It was also part of the conspiracy that the defendants broke open the ATM machines that had been removed from the businesses and removed the U.S. currency contained within the currency cassettes inside the ATM machines;

It was also part of the conspiracy that defendants discarded the ATM machines and the stolen pick-ups/vans after the currency was removed from the ATM machines.

## OVERT ACTS

In furtherance of the conspiracy identified above, and to affect the objects of the conspiracy, the following overt acts, among others, were committed in the District of Nebraska and elsewhere:

1. On or about February 28, 2014, DARNELL GORDON, LARRY GORDON, BAKARI HUNT, and ISAIAH BROWN, defendants herein, with Kentrell Reed, attempted to take and carry away, with the intent to steal and purloin, an ATM with a value exceeding $1000, owned by Centris Credit Union, whose deposits were then insured by the NCUA, from the Centris Credit Union, 3575 L Street, Omaha, Nebraska.

2. On or about April 5, 2014, DARNELL GORDON, LARRY GORDON, LYLE GORDON, and ISAIAH BROWN, defendants herein, and Kentrell Reed, did unlawfully transport in interstate commerce a stolen motor vehicle, that is a 2001 Ford E350 van, Nebraska license SNJ509, from the state of Nebraska to the state of Iowa, and from the state of Iowa to the state of Nebraska, knowing the vehicle to be stolen.

3. On or about May 5, 2014, DARNELL GORDON, LYLE GORDON, ISAIAH BROWN, defendants herein, Kentrell Reed, and other persons known and unknown to the grand jury, did unlawfully transport in interstate commerce a stolen motor vehicle, that is a 2003 Ford

3

Econoline van, Nebraska license SGH515, from the state of Nebraska to the state of Missouri, knowing the vehicle to be stolen.

4. On or about May 24, 2014, DARNELL GORDON, LARRY GORDON, ISAIAH BROWN, defendants herein, and Kentrell Reed, attempted to take and carry away, with the intent to steal and purloin, an ATM with a value exceeding $1000, owned by Midwest Heritage Bank, whose deposits were then insured by the FDIC, from Hy-Vee Gas, 8829 West Center Road, Omaha, Nebraska.

5. On or about June 15, 2014, DARNELL GORDON, LARRY GORDON, LYLE GORDON, and ISAIAH BROWN, defendants herein, with Kentrell Reed, did take and carry away, with intent to steal and purloin, an ATM with a value exceeding $1000, owned by Union Bank and Trust, whose deposits were then insured by the FDIC, and $49,960 in United States currency contained within the ATM, from the C Station, 1120 S. Coddington Avenue, Lincoln, Nebraska.

6. On or about September 5, 2014, DARNELL GORDON, ISAIAH BROWN, and WAKONDA HAZEL, defendants herein, Kentrell Reed, and other persons known and unknown to the grand jury, did take and carry away, with intent to steal and purloin, an ATM with a value exceeding $1000, owned by U.S. Bank, whose deposits were then insured by the FDIC, and $21,260 in United States currency contained within the ATM, from Get and Go, 3401 South Cliff Avenue, Sioux Falls, South Dakota.

7. On or about May 2, 2015, DARNELL GORDON, CAL MCCOY, and OMARI MANUEL, defendants herein, and other persons known and unknown to the grand jury, attempted to take and carry away, with the intent to steal and purloin, an ATM with a value

exceeding $1000, owned by Union Bank and Trust, whose deposits were then insured by the FDIC, from U-Stop, 502 U.S. Highway 6, Ashland, Nebraska.

8. On or about September 25, 2015, DARNELL GORDON, LYLE GORDON, ISAIAH BROWN, CAL MCCOY, WAKONDA HAZEL, defendants herein, and other persons known and unknown to the grand jury, did attempt to take and carry away, with intent to steal and purloin, an ATM with a value exceeding $1000, owned by Nehawka Bank, whose deposits were then insured by the FDIC, from the Nehawka Bank, 112 West Main Street, Union, Nebraska.

9. On or about October 8, 2015, defendants DARNELL GORDON, LYLE GORDON, ISAIAH BROWN, CAL MCCOY, WAKONDA HAZEL, and BRENIS VAUGHN, defendants herein, did unlawfully transport, transmit, and transfer in interstate commerce from the state of Iowa to the state of Nebraska, $11,940 in United States currency, knowing the same to have been stolen.

10. On or about November 23, 2015, DARNELL GORDON, CAL MCCOY, LYLE GORDON, WAKONDA HAZEL, and BAJAH PITTMAN, defendants herein, did take and carry away, with the intent to steal and purloin, an ATM with a value exceeding $1000, owned by First State Bank, whose deposits were then insured by the FDIC, and $11,700 in United States currency contained within the ATM, from First State Bank, 13900 Guildford Street, Waverly, Nebraska.

In violation of Title 18, United States Code, Sections 2113(b), 2312, 2314, and 2.

All in violation of Title 18, United States Code, Section 371.

5

## COUNT II

On or about February 28, 2014, in the District of Nebraska, DARNELL GORDON, LARRY GORDON, ISAIAH BROWN, BAKARI HUNT, defendants herein, and Kentrell Reed, did attempt to take and carry away with intent to steal and purloin, an ATM with a value exceeding $1000 owned, by Centris Credit Union, a bank whose deposits were then insured by the NCUA, from the Centris Credit Union, 3575 L Street, Omaha, Nebraska.

In violation of Title 18, United States Code, Sections 2113(b) and 2.

## COUNT III

On or about April 5, 2014, in the District of Nebraska and elsewhere, DARNELL GORDON, LARRY GORDON, LYLE GORDON, and ISAIAH BROWN, defendants herein, and Kentrell Reed, did unlawfully transport in interstate commerce a stolen motor vehicle, to wit: a 2001 Ford E350 van, Nebraska license SNJ509, from the state of Nebraska to the state of Iowa, and from the state of Iowa to the state of Nebraska, knowing the same to be stolen.

In violation of Title 18, United States Code, Sections 2312 and 2.

## COUNT IV

On or about June 15, 2014, in the District of Nebraska, DARNELL GORDON, LARRY GORDON, LYLE GORDON, and ISAIAH BROWN, defendants herein, and Kentrell Reed, did take and carry away, with intent to steal and purloin, an ATM with a value exceeding $1000, owned by Union Bank and Trust, whose deposits were then insured by the FDIC, and $49,960 in United States currency contained within the ATM, from the C Station, 1120 South Coddington Avenue, Lincoln, Nebraska.

In violation of Title 18, United States Code, Sections 2113(b) and 2.

## COUNT V

On or about November 23, 2015, in the District of Nebraska, DARNELL GORDON, LYLE GORDON, CAL MCCOY, WAKONDA HAZEL, and BAJAH PITTMAN, defendants herein, did take and carry away, with intent to steal and purloin, an ATM with a value exceeding $1000, owned by First State Bank, whose deposits were then insured by the FDIC, and $11,700 in United States currency contained within the ATM, from First State Bank, 13900 Guildford Street, Waverly, Nebraska.

In violation of Title 18, United States Code, Sections 2113(b) and 2.

A TRUE BILL.

FOREPERSON

DEBORAH R. GILG
United States Attorney
District of Nebraska

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

WILLIAM W. MICKLE, II
Assistant United States Attorney