IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:17CR3004 |
|---|---|
| Plaintiffs, | |
| vs. | ORDER |
| CAL MCCOY, | |
| Defendant. | |

Defendant's motion to review detention, (Filing No. 619), is granted and :

Defendant is released subject to the following:

1) Defendant shall appear at a revocation hearing to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 11:30 a.m. on July 23, 2021

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:

   a. Mr. McCoy refrain from using alcohol;
   b. He shall successfully attend and pay for any mental health treatment or counseling programs deemed advisable by his supervising officer;
   c. He must reside with his mother; and
   d. He must have no contact, directly or indirectly, with the alleged victim in the now dismissed charges in Douglas County, Nebraska

3) Defense counsel shall communicate with the Marshal to arrange for Defendant's release to and transport by Defendant's mother.

Dated this 14th day of July, 2021.

BY THE COURT:

<u>s/ Cheryl R. Zwart</u>
United States Magistrate Judge